United States District Court
Central District of California

**UNITED STATES OF AMERICA vs.**

**Defendant**  Blake R. Burns

akas:

**Docket No.**  5:25-cr-00123-SP

**Social Security No.**  2  3  8  2
(Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 07 | 01 | 2025 |

**COUNSEL**  Luisa Tamez, DFPD
(Name of Counsel)

**PLEA**  [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: Simple Possession of Controlled Substance, in violation of 21 U.S.C. § 844(a), as charged in count one of Central Violations Bureau Citation number CC72-FBJG00D5.

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, **Blake Burns**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **14 days with no supervision to follow.**

It is ordered that the defendant shall pay a special assessment of $25.00 and a processing fee of $30.00 before August 15, 2025; a fine is not imposed.

Defendant shall report to the custody of the U.S. Marshal Service in Los Angeles or Riverside, or to the Metropolitan Detention Center by no later than noon on August 15, 2025.

A status conference is scheduled for September 2, 2025 at 10:00 am. If the defendant has completed payment and self surrendered, no appearance is necessary.

The Court informs the defendant of his right to appeal.

July 14, 2025
Date

_/s/ signature_
U. S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

July 14, 2025
Filed Date

By  _Rebecca Camacho_
Deputy Clerk

USA vs.  Blake Burns                                                          Docket No.:  5:25-cr-00123-SP

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____    By  _____
Date                                                  Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____    By  _____
Filed Date                                            Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____                    _____
              Defendant                                                  Date

_____                              _____
U. S. Probation Officer/Designated Witness              Date